

Entered on Docket
January 19, 2011

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

1
2
3
4
5
6  WILDE & ASSOCIATES
   Gregory L. Wilde, Esq.
7  Nevada Bar No. 004417
   212 South Jones Boulevard
8  Las Vegas, Nevada 89107
   Telephone: 702 258-8200
9  bk@wildelaw.com
10 Fax: 702 258-8787
   and
11 MARK S. BOSCO, ESQ.
   Arizona Bar No. 010167
12 TIFFANY & BOSCO, P.A.
13 2525 East Camelback Road, Suite 300
   Phoenix, Arizona 85016
14 Telephone: (602) 255-6000

15 U.S. Bank, National Association
   10-74221
16

17              UNITED STATES BANKRUPTCY COURT
18                   DISTRICT OF NEVADA

19
   | In Re: | Bk Case No.: 10-28617-lbr |
   |---|---|
   | Anestis Andranik Missisian and Margaret Rose Missisian | Date: 12/22/2010<br>Time: 10:30 am |
   | | Chapter 7 |
   | Debtors. | |

### ORDER VACATING AUTOMATIC STAY

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to

Secured Creditor U.S. Bank, National Association, its assignees and/or successors in interest, of the subject property, generally described as 20149 Woodworth, Redford, MI 48240.

**IT IS FURTHER ORDERED, ADJUDGED and DECREED** that the Secured Creditor shall give Debtors at least seven business days' notice of the time, place and date of sale.

Submitted by:

WILDE & ASSOCIATES

By: /s/ Gregory L. Wilde 1/19/11
Gregory L. Wilde, Esq.
Attorney for Secured Creditor

**APPROVED / DISAPPROVED**

By:_____
Erik C. Severino
Attorney for Debtor(s)

**APPROVED / DISAPPROVED**

By:_____
Yvette Weinstein
Chapter 7 Trustee

ALTERNATIVE METHOD re: RULE 9021:

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

____ The court has waived the requirements set forth in LR 9021(b)(1).

____ No party appeared at the hearing or filed an objection to the motion.

__X__ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:

____ approved the form of this order          ____ disapproved the form of this order

____ waived the right to review the order and/or     __X__ failed to respond to the document

____ appeared at the hearing, waived the right to review the order

____ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

____ approved the form of this order          ____ disapproved the form of this order

____ waived the right to review the order and/or     __X__ failed to respond to the document

____ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

I declare under penalty and perjury that the foregoing is true and correct.

Submitted by:
/s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor